UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUAN TRINIDAD | CIVIL ACTION |
| VERSUS | NO. 20-3100 c/w 20-3126 |
| EQUILON ENTERPRISES LLC | SECTION M (4) |

*Pertains to all cases*

# **ORDER**

Plaintiffs in these consolidated actions, Joany Zamora, Angelica Davila, and Juan Trinidad (collectively, "Plaintiffs"), are all citizens of Louisiana.[1] On August 17, 2021, the magistrate judge granted Plaintiffs leave to file an amended complaint naming Turner Industries Group, L.L.C., a Louisiana citizen, as a defendant.[2] Plaintiffs filed the amended complaint on September 1, 2021.[3] Thereafter, Plaintiffs filed a motion to suspend the scheduling order deadlines noting that this Court now lacks subject-matter jurisdiction.[4] This Court ordered defendants to file any opposition to the motion no later than September 22, 2021, and to address in that opposition whether, with the amended complaint's addition of a non-diverse defendant, this Court still has subject-matter jurisdiction over these consolidated actions.[5] No opposition was filed. Because it is apparent that this Court now lacks diversity jurisdiction, these consolidated cases must be dismissed. *See* 28 U.S.C. § 1332. Accordingly,

IT IS ORDERED that Civil Action Nos. 20-3100 and 20-3126 are DISMISSED without prejudice for lack of subject-matter jurisdiction.

---

[1] R. Doc. 63 at 2.
[2] R. Doc. 62.
[3] R. Doc. 63.
[4] R. Doc. 66.
[5] R. Doc. 68.

2

New Orleans, Louisiana, this 28th day of September, 2021.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE